IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNION ELECTRIC COMPANY d/b/a AMERENUE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. |
| ENERGY INSURANCE MUTUAL LIMITED, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF HEARING ON MOTION FOR
TEMPORARY RESTRAINING ORDER**

Pursuant to F.R.C.P. 65, plaintiff Union Electric Company d/b/a AmerenUE ("UEC") hereby gives notice to Energy Insurance Mutual Limited that UEC will appear at the United States District Court for the Eastern District of Missouri at 10:30 a.m. on the 1st day of July, 2010 to present its Motion for Temporary Restraining Order in the above-captioned case. Please notify counsel for UEC whether Energy Insurance Mutual Limited intends to appear at this time and date for this motion.

Respectfully submitted,

HAAR & WOODS, LLP

/s/ Robert T. Haar
Robert T. Haar #3297
Susan E. Bindler #36548
Lisa A. Pake #4022
Alison L. Esbeck #5247560
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227-facsimile

Of counsel:

Jill B. Berkeley
David H. Anderson
Seth D. Lamden
Howrey LLP
321 N. Clark St., Suite 3400
Chicago, IL 60654
(312) 595-1239
(312) 595-2250-facsimile

Attorneys for Plaintiff Union Electric Company, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following individuals via email on June 28, 2010:

Ann M. Joslin
Claims Manager
Energy Insurance Mutual Limited
3000 Bayport Drive, Suite 550
Tampa, FL  33607-8412
ajoslin@eimltd.com

Edward J. Zulkey
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
edward.j.zulkey@bakernet.com

The undersigned further certifies that a copy of the foregoing will be served, via appointed process server, on Energy Insurance Mutual Limited in care of the Missouri Director of Insurance, 301 W. High Street, Room 530, Jefferson City, MO 65101.

/s/ Robert T. Haar