IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNION ELECTRIC COMPANY d/b/a AMERENUE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 4:10-CV-01153 |
| ENERGY INSURANCE MUTUAL LIMITED, | ) ) ) | |
| Defendant. | ) | |

**WITHDRAWAL WITHOUT PREJUDICE OF NOTICE OF HEARING AND MOTION FOR TEMPORARY RESTRAINING ORDER**

Union Electric Company ("UEC") hereby withdraws, without prejudice to renewing it at a later date, its motion for a temporary restraining order and its notice of a hearing on that motion for 10:30 a.m. on July 1, 2010. Defendant Energy Insurance Mutual Limited ("EIM") has provided written assurances that EIM will not attempt to initiate arbitration proceedings or any other litigation related to claims arising out of the Taum Sauk breach without at least 30 days prior written notice to counsel of record for UEC in this cause. A copy of the letter containing these assurances is attached as Exhibit A.

HAAR & WOODS, LLP

/s/ Robert T. Haar
Robert T. Haar #3297
Susan E. Bindler #36548
Lisa A. Pake #4022
Alison L. Esbeck #5247560
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227-facsimile
edmofiling@haar-woods.com

Of counsel:

Jill B. Berkeley
David H. Anderson
Seth D. Lamden
Howrey LLP
321 N. Clark St., Suite 3400
Chicago, IL 60654
(312) 595-1239
(312) 595-2250-facsimile

Attorneys for Plaintiff Union Electric
Company, Inc.

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing was served upon the following individuals via email on June 30, 2010:

Ann M. Joslin
Claims Manager
Energy Insurance Mutual Limited
3000 Bayport Drive, Suite 550
Tampa, FL  33607-8412
ajoslin@eimltd.com

Edward J. Zulkey
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
edward.j.zulkey@bakernet.com

       /s/ Robert T. Haar